UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ELIZABETH VALENCIA-LOPEZ,<br><br>　　　　　Defendant. | Case No.: 21-CR-2517-JLS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |

　　　The parties having jointly moved to continue the Motion Hearing/Trial Setting in this case from October 8, 2021 at 1:30 p.m. to November 12, 2021 at 1:30 p.m. and requested that time be excluded under the Speedy Trial Act, and good cause appearing,

　　　IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting be continued from October 8, 2021 at 1:30 p.m. to November 12, 2021 at 1:30 p.m., and further that time be excluded under the Speedy Trial Act from the date of this Order through November 12, 2021, because the ends of justice served by continuing the Motion Hearing/Trial Setting outweigh the interests of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A).

　　　SO ORDERED.

Dated: October 5, 2021

　　　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge