# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH VALENCIA-LOPEZ,<br><br>Defendant. | CASE NO.: 21-CR-2517-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |
|---|---|

Upon joint motion of the parties, **IT IS HEREBY ORDERED** that Ms. Valencia-Lopez's Motion Hearing/Trial Setting, currently scheduled on November 12, 2021, is rescheduled to December 10, 2021, at 1:30 p.m. Defendant shall file an acknowledgement of the new hearing date by November 19, 2021.

**IT IS FURTHER ORDERED** that the time between both motion hearing dates is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the defense needs additional time to schedule a change of plea hearing.

**SO ORDERED.**

Dated: November 9, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge